# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT BURAN,

        Plaintiff,

vs.

CR BARD INC., *et. al*,

        Defendants.

Case No.: 2:20-cv-00608-GMN-BNW

**ORDER**

    The court may assign related actions to a single district judge and magistrate judge. *See* D. Nev. Local R. 42-1(a). The undersigned district judge assigned to this case, District Judge Gloria M. Navarro, has determined that efficiency and consistency will be promoted by assigning the case to a single magistrate judge, and by assigning one district judge to hear the parties' appeals of and objections to the magistrate judge's rulings on non-substantive motions (e.g., discovery and pre-trial issues).[1] District Judge Navarro will retain this case for trial and will rule upon substantive and trial-related motions.[2]

///

///

///

///

---

[1] This case is transferred for certain proceedings as have other related cases within this District: 2:19-cv-01570-APG-VCF; 2:19-cv-01571-KJD-DJA; 2:19-cv-01572-RFB-EJY; 2:19-cv-01573-KJD-BNW; 2:19-cv-01576-RFB-EJY; 2:19-cv-01579-JCM-VCF; 2:19-cv-01580-APG-NJK; 2:19-cv-01581-APG-NJK; 2:19-cv-01582-KJD-DJA; 2:19-cv-01583-RFB-VCF; 2:19-cv-01585-KJD-EJY; 2:19-cv-01586-RFB-NJK; 2:19-cv-01588-RFB-DJA; 2:19-cv-01861-APG-VCF; 2:19-cv-01862-JCM-DJA; 2:19-cv-01863-KJD-EJY; 2:19-cv-01864-RFB-BNW; 2:19-cv-01871-APG-BNW; 2:19-cv-01872-RFB-EJY; 2:19-cv-01881-JCM-VCF; 2:19-cv-01882-RFB-NJK; 2:19-cv-01883-RFB-NJK; 2:19-cv-01884-KJD-BNW.

[2] Subsequent rulings in this case may warrant reexamination of this transfer order.

**IT IS HEREBY ORDERED** that the above-listed case is transferred to Magistrate Judge Weksler. All appeals of her orders and all objections to her reports and recommendations on non-substantive issues will be heard by District Judge Dawson. All future filings in this case shall bear Case No.: 2:18-cv-00608-GMN-BNW, as appropriate.

**DATED** this __1__ day of April, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

_____
Kent J. Dawson, District Judge
United States District Court