ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: swanise@gtlaw.com
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BURAN,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC,<br><br>Defendants. | CASE NO. 2:20-cv-00608-APG-BNW |

### STIPULATION AND ORDER TO STAY CASE

The parties, Plaintiff ROBERT BURAN and Defendants, C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard"), by and through their undersigned counsel, hereby stipulate as follows pursuant to Fed. R. Civ. P. 15(a)(2):

WHEREAS, Plaintiff's counsel represents approximately 400 plaintiffs with cases proceeding in this and other courts across the country asserting similar claims against Defendants for injuries they contend arise out of their use of Defendants' IVC filters; and

WHEREAS, Plaintiff's counsel and Defendants have begun discussions in an attempt to achieve a global settlement of the cases and claims of the plaintiffs represented by Plaintiff's counsel; and

/ / /

1

*ACTIVE 50229780v1*

1    WHEREAS, Defendants have retained a dedicated settlement counsel for these
2 discussions which has successfully resolved thousands of similar cases with other counsel
3 representing similar plaintiffs;

4    WHEREAS, Plaintiff's counsel has extensive experience in IVC filter litigation both
5 prior to and in the course of the MDL; and

6    WHEREAS, based on all the facts and circumstances, including, but not limited to, the
7 prior success of Defendants' settlement counsel in resolving similar cases and Plaintiff's
8 counsel's experience with Defendants in prior IVC filter litigation, Plaintiff's counsel believes
9 that there is a good likelihood that the global settlement talks with Defendants will be
10 successful; and

11    WHEREAS, as part of the agreement to engage in global settlement discussions,
12 Plaintiff's counsel and Defendants have agreed that all activity in all of the Plaintiff's
13 counsel's IVC filter cases should "stand-down" for 60 days so that the Parties may focus their
14 attention on their settlement efforts; and

15    WHEREAS, the ongoing national emergency surrounding the Covid-19 pandemic
16 have heightened the need for all parties to conserve their resources as much as possible;

17    IT IS STIPULATED AND AGREED BY THE PARTIES that all activity in this case
18 shall be stayed through and including **June 26, 2020**.

19    IT IS FURTHER STIPULATED AND AGREED BY THE PARTIES that the current
20 deadline to file the Joint Status Report, currently set for **April 30, 2020** should be continued
21 to **July 7, 2020**;

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

2

*ACTIVE 50229780v1*

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

IT IS FURTHER STIPULATED AND AGREED BY THE PARTIES that the deadline to file the Verified Petition, Motion for Permission to Practice, currently set for **May 15, 2020** should be continued to **July 15, 2020**

RESPECTFULLY submitted this 30th day of April 2020.

| DALIMONTE RUEB STOLLER, LLP | GREENBERG TRAURIG, LLP |
|---|---|
| By: */s/ Greg Rueb* | By: */s/ Eric W. Swanis* |
| GREGORY D. RUEB, ESQ. <br> (CA SBN 154589) <br> 515 S Figueroa Street, Suite 15505 <br> Los Angeles, California 90071 <br> Telephone: (949) 375-6843 <br> paul@drlawllp.com <br> greg@drlawllp.com <br> *Counsel for Plaintiff* | ERIC W. SWANIS, ESQ. <br> Nevada Bar No. 6840 <br> 10845 Griffith Peak Drive, Ste. 600 <br> Las Vegas, Nevada 89135 <br> Telephone: (702) 792-3773 <br> Facsimile: (702) 792-9002 <br> swanise@gtlaw.com <br> *Counsel for Defendants* |

## ORDER

The Court, having reviewed the stipulation of the Parties, and good cause appearing therefore:

IT IS HEREBY ORDERED ADJUDGED AND DECREED that all activity in this case shall be stayed through and including **June 26, 2020**.

IT IS FURTHER HEREBY ORDERED ADJUDGED AND DECREED that the current deadline to file the Joint Status Report, currently set for **April 30, 2020** should be continued to **July 7, 2020**;

IT IS FURTHER HEREBY ORDERED ADJUDGED AND DECREED that the deadline to file the Verified Petition, Motion for Permission to Practice, currently set for **May 15, 2020** should be continued to **July 15, 2020**.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 5, 2020.

ACTIVE 50229780v1