Gregory Rueb, Esq. (CA SBN 154589)
**DALIMONTE RUEB STOLLER, LLP**
515 S Figueroa St, Ste 1550
Los Angeles, CA 90071
Tel: (949) 375-6843
Fax: (855) 203-2035
greg@drlawllp.com

Brian Nettles, Esq. (NV SBN 7462)
**NETTLES MORRIS, Law Firm**
1389 Galleria Drive, Ste 200
Henderson, NV 89014
Telephone: (702) 434-8282
brian@nettlesmorris.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BURAN,<br><br>    Plaintiff,<br><br>v<br><br>C R BARD INCORPORATED, et al<br><br>    Defendants, | Case No. 2:20-cv-00608-APG-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES IN LIGHT OF SETTLEMENT**<br><br>**(THIRD REQUEST)** |

Plaintiff Robert Buran ("Plaintiff") and Defendants C. R. Bard Inc. and Bard Peripheral Vascular Inc. ("Defendants") (collectively "the Parties") hereby notify the Court that the Parties have reached a full settlement in principle in this action.

Additionally, the Parties request this Court to approve this stipulation to stay this case for 90 days. Plaintiff's counsel in this matter represents hundreds of plaintiffs with cases proceeding in this and other courts across the country. Plaintiff's counsel and Defendants have reached a global settlement in principle regarding the Plaintiff's counsel's inventory of filed Bard IVC filter cases, including this matter. The Parties are working to

finalize settlement documents and Plaintiff will dismiss the Complaint in this action when the settlement is finalized. Given that this settlement is being structured as a global settlement involving hundreds of other cases, the Parties expect that it will take at least 90 days, if not more, to memorialize and execute the specific terms of the settlement.

Accordingly, the Parties request that the Court enter a stay of this case for 90 days pending Plaintiff's voluntary dismissal of all claims. If Plaintiff has not filed dismissal papers within 90 days from the stay being granted, the parties respectfully request the opportunity to file a joint status report regarding the status of the settlement.

**IT IS SO STIPULATED AND AGREED.**

DATED: this 24th day of September

| | | |
|---|---|---|
| DALIMONTE RUEB STOLLER, LLP | | GREENBERG TRAURIG, LLP |
| By: */s/ Gregory D. Rueb* <br> GREGORY D. RUEB, ESQ <br> CA SBN 154589 <br> 515 S. Figueroa St, Ste 1550 <br> Los Angeles, CA 90071 <br> Telephone: (949) 375-6843 <br> Email: greg@drlawllp.com <br><br> Brian Nettles, Esq. <br> Nevada Bar No. 7462 <br> **NETTLES MORRIS, Law Firm** <br> 1389 Galleria Drive, Ste 200 <br> Henderson, NV 89014 <br> Telephone: (702) 434-8282 <br> brian@nettlesmorris.com <br><br> *Counsel for Plaintiffs* | By: | */s/ Eric W. Swanis* <br> ERIC W. SWANIS, ESQ. <br> Nevada Bar No. 6840 <br> 10845 Griffith Peak Drive, Ste 600 <br> Las Vegas, NV 89135 <br> Telephone: (702) 792-3773 <br> Facsimile: (702) 792-9002 <br> Email: swanise@gtlaw.com <br><br> *Counsel for Defendants* |

**ORDER**

Upon consideration of the Parties' Stipulation To Stay Discovery And All Pretrial Deadlines In Light of Settlement, and for good cause appearing, IT IS HEREBY ORDERED that the Parties' stipulation is APPROVED, and all deadlines including Plaintiff's deadline to file a response to Defendants motion to dismiss hereby stayed and extended for 90 days to allow the Parties to finalize settlement and file dismissal papers.

**IT IS SO ORDERED**

DATED: September 25, 2020

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on **September 24, 2020**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service:

By:   /s/Gregory D. Rueb