Gregory Rueb, Esq. (CA SBN 154589)
**DALIMONTE RUEB STOLLER, LLP**
515 S Figueroa St, Ste 1550
Los Angeles, CA 90071
Tel: (949) 375-6843
Fax: (855) 203-2035
greg@drlawllp.com

Brian Nettles, Esq. (NV SBN 7462)
**NETTLES MORRIS, Law Firm**
1389 Galleria Drive, Ste 200
Henderson, NV 89014
Telephone: (702) 434-8282
brian@nettlesmorris.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BURAN,<br><br>    Plaintiff,<br><br>v<br><br>C R BARD INCORPORATED, et al<br><br>    Defendants, | Case No. 2:20-cv-00608-APG-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES IN LIGHT OF SETTLEMENT** |

Plaintiff Robert Buran ("Plaintiff") and Defendants C. R. Bard Inc. and Bard Peripheral Vascular Inc. ("Defendants") (collectively "the Parties") respectfully request this Court to further stay discovery and all pretrial deadlines for 90 days.

On September 24, 2020, the Parties filed a stipulation to stay discovery and all pretrial deadlines in light of settlement by 90 days. (Dkt. # 30)

On September 25, 2020, the Court issued an order granting the parties stipulation to stay discovery and all pretrial deadlines for 90 days. (Dkt. # 31.)

1  The Parties have been working in good faith to complete the settlement and to file appropriate dispositional documents, however, despite the Parties efforts, they are still in the process of finalizing the settlement and are unable to conclude this action at this time. Good cause exists to further stay discovery and all pretrial deadlines for 90 days. Plaintiff's counsel in this matter represents hundreds of plaintiffs with cases proceeding in this and other courts across the country. Plaintiff's counsel and Defendants have reached a global settlement in principle regarding the Plaintiff's counsel's inventory of filed Bard IVC filter cases, including this matter. The Parties are currently working to execute term sheets for all settled cases in the undersigned plaintiff's counsel's inventory of IVC filter cases (including this matter), to negotiate any Medicare or private insurance liens, and to finalize the settlement documents. Counsel for Plaintiff has also retained a neutral special master for the allocation process of the aggregate settlement in accordance with the rules of professional responsibility. Given that this settlement is being structured as a global settlement involving hundreds of other cases, the Parties anticipate that they will need an additional three months to complete and finalize the settlement process.

Accordingly, the Parties request that the Court to further stay discovery and all pretrial deadlines for 90 days. If Plaintiff has not filed dismissal papers within 90 days, the Parties request the opportunity to file a joint status report regarding the status of the settlement.

**IT IS SO STIPULATED AND AGREED.**

DATED: this 24th day of December 2020.

| DALIMONTE RUEB STOLLER, LLP | GREENBERG TRAURIG, LLP |
|---|---|
| By: /s/ Gregory D. Rueb<br>GREGORY D. RUEB, ESQ<br>CA SBN 154589<br>515 S. Figueroa St, Ste 1550<br>Los Angeles, CA 90071<br>Telephone: (949) 375-6843<br>Email: greg@drlawllp.com | By: /s/ Eric W. Swanis<br>ERIC W. SWANIS, ESQ.<br>Nevada Bar No. 6840<br>10845 Griffith Peak Drive, Ste 600<br>Las Vegas, NV 89135<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002 |

Email: swanise@gtlaw.com

*Counsel for Defendants*

Brian Nettles, Esq.
Nevada Bar No. 7462
**NETTLES MORRIS, Law Firm**
1389 Galleria Drive, Ste 200
Henderson, NV 89014
Telephone: (702) 434-8282
brian@nettlesmorris.com

*Counsel for Plaintiffs*

**[PROPOSED] ORDER**

Upon consideration of the Parties' Stipulation and [Proposed] Order [To Stay Discovery And All Pretrial Deadlines In Light of Settlement, and for good cause appearing, IT IS HEREBY ORDERED that the Parties' stipulation is APPROVED, and all deadlines are hereby stayed and extended for 90 days to allow the Parties to finalize settlement and file dismissal papers.

IT IS FURTHER ORDERED that if the parties do not file dismissal documents within 90 days, they must instead file a status report or seek an extension of the stay.

**IT IS SO ORDERED**

**DATED:** 12:39 pm, December 29, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4