Gregory Rueb, Esq. (CA SBN 154589)
**DALIMONTE RUEB STOLLER, LLP**
515 S Figueroa St, Ste 1550
Los Angeles, CA 90071
Tel: (949) 375-6843
Fax: (855) 203-2035
greg@drlawllp.com

Brian Nettles, Esq. (NV SBN 7462)
**NETTLES MORRIS, Law Firm**
1389 Galleria Drive, Ste 200
Henderson, NV 89014
Telephone: (702) 434-8282
brian@nettlesmorris.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BURAN,<br><br>    Plaintiff,<br><br>v<br><br>C R BARD INCORPORATED, et al<br><br>    Defendants, | Case No. 2:20-cv-00608-APG-BNW<br><br>**PLAINTIFF'S COUNSEL'S NOTICE OF PLAINTIFF'S LAST-KNOWN ADDRESS AND NOTICE OF COMPLIANCE WITH COURT ORDER** |

**TO THE COURT AND ALL PARTIES, PLEASE TAKE NOTICE:**

1) That Plaintiff's last-known address is: 5895 Jocelyn Ln, Sun Valley, NV 89433.

2) That pursuant to the order issued by the court on November 5, 2021 (ECF No. 41); on November 5, 2021 Plaintiff's counsel served Plaintiff with a copy of the Order issued by the Court granting Plaintiff's counsel motion to withdraw as attorney.

1 | DATED: this 9th day of November 2021.

DALIMONTE RUEB STOLLER, LLP

By: */s/ Gregory D. Rueb*
GREGORY D. RUEB, ESQ
CA SBN 154589
515 S. Figueroa St, Ste 1550
Los Angeles, CA 90071
Telephone: (949) 375-6843
Email: greg@drlawllp.com

Brian Nettles, Esq.
Nevada Bar No. 7462
**NETTLES MORRIS, Law Firm**
1389 Galleria Drive, Ste 200
Henderson, NV 89014
Telephone: (702) 434-8282
brian@nettlesmorris.com

*Counsel for Plaintiffs*

### Order

IT IS ORDERED that the Clerk of Court shall update Plaintiff's address in accordance with this notice.

**IT IS SO ORDERED**

**DATED:** 9:04 am, November 10, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

## CERTIFICATE OF SERVICE

I hereby certify that on **November 9, 2021**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service:

By:   /s/ Gregory D. Rueb